FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

Patterson
(Last Name)     (Identification Number)

Lewis            David
(First Name)     (Middle Name)

Simpson County Adult Detention Center
(Institution)

120 Cemetery Road Mendenhall Ms. 39114
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAR 12 2013
J T NOBLIN, CLERK
BY_____ DEPUTY

V.

Sheiff, Kenneth Lewis Et Al;
Simpson County Adult Det. Center
120 Cemetary Road (ADC)
Mendenhall Ms, 39114
(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 3:13cv147-DPJ-FKB
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?   Yes ( )  No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action: N/A
   N/A
   N/A

2. Court (if federal court, name the district; if state court, name the county): N/A

3. Docket Number: N/A

   Name of judge to whom case was assigned: N/A

   ~sition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still
   ~:  N/A

1

# PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: Lewis David Patterson  Prisoner Number: Pretrail Inmate

Address: 120 Cemetery Road Simpson County Adult Detention Center (ADC) Mendenhall MS, 39114

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: Kenneth Lewis is employed as Sheiff at Simpson County Adult Detention Center (ADC)

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Lewis David Patterson
ADDRESS: 120 Cemetery Road Simpson County Adult Detention Center Mendenhall MS 39114

NAME: Lewis David Patterson
ADDRESS: 139 Steel Mill Road Mendenhall MS, 39114

DEFENDANT(S):

NAME: Kenneth Lewis
ADDRESS: 120 Cemetery Road Simpson County Adult Detention Center Mendenhall MS 39114

2

# GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ( )   No (✓)

B. Are you presently incarcerated for a parole or probation violation?

   Yes ( )   No (✓)

C. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (✓)

D. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

   Yes ( )   No (✓)

E. Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

   Yes ( )   No (✓), if so, state the results of the procedure: __N/A__
   __N/A__

F. If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

   1. Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
      Yes ( )   No ( )

   2. State how your claims were presented (written request, verbal request, request for forms): It's No Administrative OR Grievance Procedure in this Jail House An If you write up a complaint It get lost And you Never Here anything About It.

   3. State the date your claims were presented: __N/A__

   4. State the result of the procedure: __N/A__

3

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

On About October 26th 2012 I Lewis Patterson was in the Holding cell. Now why I was in the Holding cell two white woman's and a white male came to jail for protesting, they ask to talk with someone so they could get out of jail, then sheriff Kenneth Lewis, Capt. Feed Williams, Greedge Reynolds and officer Chase came then sheriff Kenneth Lewis begin fussing at the women's because they had called the N.A.A.C.P on the sheriff because He had took something belong to them, I was in my cell smiling out and sheriff Kenneth Lewis came to my cell and kicked my food flap close and walked away. About a minute two later sheriff Kenneth Lewis came back to my cell sheriff Kenneth Lewis open my cell door and then him, Greedge Reynolds, and officer Chase came inside my cell then Capt. Feed Williams closed my cell door and stood on the outside of my cell door with his back turn against my window and my cell door then sheriff Kenneth Lewis begin choking me, slapping me, and banging my head upon the wall. He beat me until I past out and left me in the cell hurting and pain About a hour

on back →

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

$75,000 for pain and suffering

Signed this 10 day of January, 2013.

Lewis Patterson Jr. Simpson County Adult Detention 120 Cemetery Road Mendenhall MS, 39114
Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

1/10/13
(Date)

Lewis Patterson Jr.
Signature of plaintiff

4

I got up and walked to my cell door to try to get help because I was IN PAIN wile
I was standing in my door waiting for help I saw was coming from the
back so I Lewis Patterson stop nurse vicky and called her to my cell door and told her
what had happen to me and let her know I was in pain and I needed her to see me
but nurse vicky told me she didn't want anything to do with it then she walked
away and left me and pain