# Subpoenas



This insecdent happen on Oct. 26, I Lewis Patterson Jr would like to subpoenas officer chase Jones to court becouse he was in the room when sheriff "Kenneth Lewis was beating me in officer chase Jones didn't stop him from beating he just watched, in Capt. Fred Williams becouse he shut my door in turn his back against my window in my cell wile Sheriff Kenneth Lewis was beatin me he heared me screaming for help in didn't help me, in Nuese Vicky becouse I told her what had happen to me in I had let her know I was in pain In I needed her to give me medical atention because I was hurting Real Bad, instead of her helpin me she walked off in left me in pain. Im Lewis Patterson Jr submitin these reqost to the U.S. District Court southen District of m.s 501 E. Court street, Suite 2.500 Jackson, M.S 39201

Lewis Patterson Jr.

Jun/6/13

Lewis David Patterson                                    Plaintiff
versus                    Civil Action No. 3:13-cv-147-DPJ-FKB
Simpson County ~~████ ████████ ████~~            Defendants

## Statement of Claim

On or about March 18 I ask Officer Morquita Walker can she take my paper work I have got from the clerk, US District Court Southern District of Mississippi of Jackson to Mrs. Marry Brown for she can fill it out for me, so officer Morquita walker took my paper's to officer Marry Brown to be filled out so I waited about two hour thin I had hit the button to call the tower and ask about my paper's so officer Morquita walker answered the buttom I ask her have thay sign my paper's for I can send back to the U.S. District court for I can pay my filing fee she told me thay was busy at the time so I waited three to four hour trying to give them time to sign my paper than I seen officer Morquita Walker walking around with officer Marry Brown talking so I hit the boutton to the tower in officer Marry Brown answer I ask her did thay sign my paper's she told me thay was going to bring it to me so I waited and waited on my paper's thay didn't bring them then thay got off of work so the next morning came thay came back to work I ask officer Morquita walker to tell officer Marry Brown I need my paper's back sign or not

sign thay keep tellin me thay was going to being my paper's but thay still didn't bring them so I keep on asking to the point ~~I was~~ feed up so I wrote the U.S. District Court and told them wat thay have done.

:witness:
Stacy hitman
mitchell Edward

*Lewis [signature]*

I've also correctly completed the Authorization for Release of Institutional Account Information and Payment of the filing fee form but the authoritive officers that are needed to finalize this form (which I have included a copy) have failed to comply. This form is needed to gain access to funds my family provided so I can pay filing fees to further process may case. I've continually asked the officers to comply several times but I have never retrieved the original copy that the United States District Courts sent and advised me to complete and send back in order to pay the filing fees. The authorative officers have been given the origial copy by me Lewis Patterson to sign and return back to me but I haven't recieved the form back to this present day.

JUN/6/13

To whom this may concern, I, Lewis Patterson have tried numerous time to retrieve the legal information to comply with the rules and regulations of the federal court's. Captain Fred Williams and staff at the Simpson County Detention Center fail to allow me to exercise my civil and constitutional rights by not allowing me to get the correct information from the law library that is provided for inmates here. When I was finally allowed to gain access to the law library the information I specifacally needed was and is currently missing. I've expressed this problem to several staff members here at the Simpson County Dentention Center. I've also reached out to Captain Fred Williams and have recieved no response. In order for me to correctly state how my right's have been violated I need to gather information about certain laws that are being broken by staff here at the Simpson County Detention Center. I Lewis Patterson adamantly feel the laws are currently being violated by not allowing me to further progress in this important matter.

Lewis Patterson JR
120 Cemetery Rd
Mendenhall MS, 39114

JACKSON MS 390
11 JUN 2013 PM 2 L

**INMATE MAIL**
SIMPSON COUNTY JAIL

RECEIVED
JUN 13 2013
Clerk, U.S. District Court
Southern District of Miss.

U.S. District Court
Southern District of Mississippi
501 E. Court Street, Suite 2.500
Jackson, Mississippi 39201

39201$5028