IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

| | |
|---|---|
| **LEWIS DAVID PATTERSON** | **PLAINTIFF** |
| VS. | CIVIL ACTION NO.: 3:13-CV-00147-FKB-FKB |
| **SHERIFF KENNETH LEWIS** | **DEFENDANT** |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED pursuant to Rule 41(a)(1)(A)(ii) that the above-entitled action, Civil Action No. 3:13-cv-00147-FKB-FKB, against Defendant, Kenneth Lewis ("Defendant"), both in his individual and/or official capacity, may be dismissed with prejudice pursuant to the terms of a Release of Claims and Settlement Agreement entered into between the Plaintiff, Lewis David Patterson, and Defendant, Kenneth Lewis, which Agreement includes full provisions for any and all claims of attorneys' fees and costs arising in this action. The Plaintiff and Defendant further agree that based on the foregoing Stipulation, the Court may enter an Order dismissing this cause against the Defendant with prejudice.

This the 11 day of September, 2013.

Respectfully submitted,

*/s/ Lewis Patterson Jr.*
Lewis David Patterson
Simpson County Adult Detention Center
120 Cemetery Road
Mendenhall, MS 39114

PRO SE

_[signature]_
Gary E. Friedman, MB #5532
Jason T. Marsh, MB #102986
4270 I-55 North
Jackson, Mississippi 39211-6391
Telephone: 601-352-2300
Telecopier: 601-360-9777
Email:    friedmag@phelps.com
          jason.marsh@phelps.com

ATTORNEYS FOR DEFENDANT SHERIFF KENNETH LEWIS

### CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that I, JASON T. MARSH, have this date electronically filed the above and foregoing *STIPULATION OF DISMISSAL WITH PREJUDICE* with the Clerk of the Court using the CM/ECF system which sent notification of such filing and I hereby certify that I have mailed through the United States Postal Service, postage prepaid, a true and correct copy of the above and foregoing to the Non-ECF participate:

Lewis David Patterson
Simpson County Adult Detention Center
120 Cemetery Road
Mendenhall MS 39114

*PRO SE PLAINTIFF*

SO CERTIFIED, this the 11th day of September, 2013.

_[signature]_
JASON T. MARSH

2